IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-CR-00216-RJC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALEXANDER LEE HOWELL | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's Motion for Reduced Sentence pursuant to 18 U.S.C. § 3582(c)(1)(B) and §404 of the First Step Act of 2018. (Doc. No. 38).

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion for Reduced Sentence within thirty (30) days of the entry of this Order.

Signed: September 28, 2020

Robert J. Conrad, Jr.
United States District Judge